# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANNY AMEN ANDERSON** | : | |
| **VALENTINE SHABAZZ,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 24-CV-1854** |
| | : | |
| **CHRIS BRUCE,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 14th day of May, 2024, Plaintiff Danny Amen Valentine Shabazz having filed a Complaint with the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Shabazz seeks to proceed with this case, he must, within thirty (30) days of the date of this Order, either (1) pay $405 (the $350 filing fee and $55 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis*.

2. Shabazz will be provided with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case. Shabazz may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case.

3. If Shabazz fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

                                                                    **GEORGE WYLESOL**
                                                                    **CLERK OF COURT**

                                                                    **By:**   *s/ Brian Weissman*

                                                                  **Deputy Clerk**